IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In re:

Final Judgment on Agreed :
Settlement of the United States District : Misc. No. 05-0061 ML
Court for the Central District of California :
Against The Bonneau Company and :
and Foster Grant Group, L.P. :

**DISMISSAL STIPULATION**

Magnivision, Inc. and Foster Grant Group, L.P., by and through the undersigned counsel, hereby stipulate that the within action may be dismissed without prejudice, no costs or fees to either party.

MAGNIVISION, INC.

By its Attorneys,

Maria J.R. Goncalves (#4805)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 351-4607 (fax)

Date: September 7, 2005

FOSTER GRANT GROUP, L.P.

By its Attorneys,

Patricia A. Sullivan (#2120)
Edward J. Bertozzi, Jr. (#1124)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: September 7, 2005